## John D. JONES, Appellant,

### v.

## STATE of Missouri, Respondent.

### No. WD 73005.

Missouri Court of Appeals,
Western District.

Jan. 10, 2012.

Mark A. Grothoff, Columbia, MO, for appellant.

Shaun J. Mackelprang, Richard A. Starnes, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

#### ORDER

PER CURIAM.

John Jones appeals the denial of his Rule 29.15 motion, which sought to vacate his convictions for kidnapping and second degree domestic assault. Jones contends he is entitled to post conviction relief because his trial counsel was ineffective in failing to obtain a DNA analysis of hair evidence presented by the State. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the denial of the Motion.

AFFIRMED. Rule 84.16(b).

## Deshaun POSEY, Appellant,

### v.

## STATE of Missouri, Respondent.

### No. WD 73145.

Missouri Court of Appeals,
Western District.

Jan. 10, 2012.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Jessica P. Meredith, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division II: MARK D. PFEIFFER, Presiding Judge, and VICTOR C. HOWARD and CYNTHIA L. MARTIN, Judges.

#### Order

PER CURIAM:

Deshaun Posey appeals from the Judgment entered by the Circuit Court of Jackson County, Missouri ("motion court"), denying Posey's Rule 24.035 motion for post-conviction relief after an evidentiary hearing. Posey argues that the motion court clearly erred in denying his motion because he claims his plea counsel provided ineffective assistance in the advice provided to Posey leading to his guilty plea. We disagree and affirm in this *per curiam* order. We have provided the parties a legal memorandum explaining our ruling. Rule 84.16(b).